IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JORDAN C. FISCHER,

                        Plaintiff,

        vs.

DUNCAN AVIATION, INC.,

                        Defendant.

**4:17CV3110**

**ORDER TO WITHDRAW EXHIBITS OR
TO SHOW CAUSE WHY EXHIBITS
SHOULD NOT BE DESTROYED**

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibits from Jury Trial held 3/4/19 to 3/6/19.

Defendant's Exhibits from Jury Trial held 3/4/19 to 3/6/19.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 17th day of June, 2019.

BY THE COURT:

s/ John M. Gerrard
United States District Judge